IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTWON J. REYNOLDS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:20-CV-349-WKW |
| ) | [WO] |
| CRYSTAL SMITH-JAMES, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On August 27, 2020, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 7.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that Plaintiff's case is DISMISSED without prejudice for failure to prosecute and to comply with the orders of this court. It is further ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED as moot. Final judgment will be entered separately.

DONE this 23rd day of September, 2020.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE